UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA, ex rel.
CASSIDY ABBOT ORR, ANNE MARIE
BALKE, and DR. NAGY FARAG,

      Plaintiffs/Relators,

v.                             Case No.  5:16-CV-270-oc-30PRL

EIHAB H. TAWFIK, M.D., P.A. d/b/a
CHRIST MEDICAL CENTER, a Florida
Profit Corporation,

      Defendant.

_____/

**RESPONSE TO PLAINTIFFS' MOTION FOR CLERK'S DEFAULT**

In response to the Court's September 24, 2019, Order (Dkt. No. 20), the undersigned counsel would like to inform the Court and all counsel that Michael J. Khouri and the Khouri Law Firm, APC represent Eihab Tawfik, M.D. ("Dr. Tawfik"), solely in his capacity as an individual. We do not, nor ever intended to represent defendant EIHAB H. TAWFIK, M.D., P.A. (the "Professional Corporation") in this matter. Similarly, we were not hired to represent the Professional Corporation by the Bankruptcy Trustee in the matter titled *In re EIHAB H. TAWFIK, M.D., P.A.*, United States Bankruptcy Court for the Middle District of Florida, Case No. 3:18-bk-01164-JAF, or any other proceedings in the case.

We inadvertently appeared in the present matter, and filed an Answer and Affirmative Defenses on behalf Dr. Tawfik as an individual, not realizing at the time that Dr. Tawfik is not named as an individual defendant in the present matter. We sincerely apologize for any confusion this may have caused, and agree with Plaintiffs' position that

1

Dr. Tawfik's Answer and Affirmative Defenses, as an individual, is a nullity. We respectfully request that the Court strike Dr. Tawfik's Answer and Affirmative Defenses, and withdraw our appearance from this matter.

Notwithstanding the fact that Dr. Tawfik has not been named as a defendant in the present action, we would like to inform the Court that Dr. Tawfik unfortunately passed away on or about September 15, 2019.

With regards to the Professional Corporation which is the named defendant in this matter and currently in Chapter 7 Bankruptcy, we advise counsel for the Plaintiffs to contact counsel for the Trustee in the Bankruptcy matter, Jason B. Burnett of Gray Robinson, P.A., 50 N. Laura Street, Suite 1100, Jacksonville, FL 32202.

Dated: September 26, 2019

                                    Respectfully submitted,

                                    KHOURI LAW FIRM

By:    /s/ Michael J. Khouri
        Michael J. Khouri, Esq.
        *Admitted Pro Hac Vice*
        California Bar No. 957654
        Texas Bar No. 24073809
        24012 Calle De La Plata, Suite 210
        Laguna Hills, CA 92653
        Tel:   (949) 336-2433
        Fax:  (949) 387-0044
        mkhouri@khourilaw.com
        *Attorney for EIHAB H. TAWFIK, M.D.,*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on September 26, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of filing via electronic mail to all counsel of record.

*/s/ Michael J. Khouri*
Michael J. Khouri
*Attorney for EIHAB H. TAWFIK, M.D.,*
