UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,
CASSIDY ABBOTT ORR, ANNE MARIE
BALKE and NAGY FARAG,

    Plaintiffs,

v.                                                                    Case No: 5:16-cv-270-Oc-30PRL

EIHAB H. TAWFIK, M.D., P.A.,

    Defendant.
_____

## ORDER

Before the Court is the Response to Plaintiffs' Motion for Clerk's Default (Dkt. #21). In view of the fact that the Defendant has filed bankruptcy, this matter should be stayed. Accordingly, it is

ORDERED that:

1. The Clerk is directed to administratively CLOSE this case.

2. Plaintiffs may move to reopen this case within fifteen (15) days after they obtain from the Bankruptcy Court a lifting of the automatic stay.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of October, 2019.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record